**No. 10-941. Derrick O'Neal Mason, Petitioner v. Kim T. Thomas, Interim Commissioner, Alabama Department of Corrections.**

564 U.S. 1031, 131 S. Ct. 3050, 180 L. Ed. 2d 867, 2011 U.S. LEXIS 4658.

June 20, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 960, 131 S. Ct. 2175, 179 L. Ed. 2d 935, 2011 U.S. LEXIS 3206.

**No. 10-1082. Jewel D. Hill, Petitioner v. Nisaa N. Muwwakkil.**

564 U.S. 1031, 131 S. Ct. 3051, 180 L. Ed. 2d 867, 2011 U.S. LEXIS 4649.

June 20, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 937, 131 S. Ct. 2117, 179 L. Ed. 2d 894, 2011 U.S. LEXIS 3077.

**No. 10-8284. Azim Waleed Epps, Petitioner v. United States.**

564 U.S. 1031, 131 S. Ct. 3051, 180 L. Ed. 2d 867, 2011 U.S. LEXIS 4728.

June 20, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1241, 131 S. Ct. 1526, 179 L. Ed. 2d 344, 2011 U.S. LEXIS 1688.

**No. 10-8691. Billy Driver, Petitioner v. Tim V. Virga, Acting Warden, et al.**

564 U.S. 1031, 131 S. Ct. 3051, 180 L. Ed. 2d 867, 2011 U.S. LEXIS 4734.

June 20, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 909, 131 S. Ct. 1794, 179 L. Ed. 2d 663, 2011 U.S. LEXIS 2430.

**No. 10-8950. James A. Hinchliffe, Petitioner v. Option One Mortgage Corporation.**

564 U.S. 1031, 131 S. Ct. 3051, 180 L. Ed. 2d 867, 2011 U.S. LEXIS 4585.

June 20, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1299, 131 S. Ct. 1707, 179 L. Ed. 2d 638, 2011 U.S. LEXIS 2156.

**No. 10-9055. Louis D. Cosco, Petitioner v. Robert O. Lampert, Director, Wyoming Department of Corrections, et al.**

564 U.S. 1031, 131 S. Ct. 3051, 180 L. Ed. 2d 867, 2011 U.S. LEXIS 4582.

June 20, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 910, 131 S. Ct. 1798, 179 L. Ed. 2d 666, 2011 U.S. LEXIS 2478.

**No. 10-9088. Michael Baker, Petitioner v. Marcus Hardy, Warden.**

564 U.S. 1031, 131 S. Ct. 3051, 180 L. Ed. 2d 867, 2011 U.S. LEXIS 4569.

June 20, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 923, 131 S. Ct. 1827, 179 L. Ed. 2d 783, 2011 U.S. LEXIS 2754.